## **Exhibit B**

### **Chapter 15 Notice Parties**

# Notice Parties
## (As of August 17, 2023)

*Debtors and Foreign Representatives*

China Evergrande Group
15th Floor, YF Life Centre
38 Gloucester Road
Wanchai, Hong Kong
Attention: Mr. Jimmy Fong

and

Tianji Holding Limited
17th Floor, One Island East Taikoo Place
18 Westlands Road
Quarry Bay, Hong Kong
Attention: Mr. Jimmy Fong

and

Scenery Journey Limited
2nd Floor Water's Edge Building
Wickham's Cay II, Road Town
Tortola, British Virgin Islands
Attention: Ms. Anna Silver

*Counsel to the Debtors and Foreign Representatives*

Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
Attention: Counsel
agrossi@sidley.com
abordi@sidley.com
jhoffman@sidley.com

*Counsel to the Ad Hoc Groups*

Kirkland & Ellis LLP
26th Floor, Gloucester Tower
The Landmark
15 Queen's Road Central
Hong Kong
Attention: Counsel

and

Kirkland & Ellis LLP
300 N La Salle Dr
Chicago, Illinois 60654
Attention: Counsel

*Office of the United States Trustee*

U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attention: Counsel

*Securities and Exchange Commission*

SEC Headquarters
100 F Street, NE
Washington, DC 20549
Attention: Legal Division

and

New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281
Attention: Legal Division