**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>China Evergrande Group, *et al.*,[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 23-11332 (MEW)<br><br>Joint Administration Requested |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Juliana Hoffman, request admission, ***pro hac vice***, before the Honorable Michael E. Wiles to represent the Foreign Representative in the above-captioned chapter 15 case.

***I certify that I am a member in good standing*** of the bar of the State of Texas. I have also been admitted to the United States District Court for the Northern District of Texas and the United States District Court for the Southern District of Texas.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated:  August 17, 2023
         New York, New York

**SIDLEY AUSTIN LLP**

*/s/Juliana Hoffman*
Juliana Hoffman
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

---

[1] The Debtors in these Chapter 15 Cases are (i) China Evergrande Group, incorporated in the Cayman Islands as an exempted company with limited liability with the registration number 170388, with its principal place of business located at 15th Floor, YF Life Centre, 38 Gloucester Road, Wanchai, Hong Kong; (ii) Tianji Holding Limited, incorporated in Hong Kong as a limited liability company with the registration number 1339269, with its principal place of business located at 17th Floor, One Island East, Taikoo Place, 18 Westlands Road, Quarry Bay, Hong Kong; and (iii) Scenery Journey Limited, incorporated in the British Virgin Islands ("BVI") as a limited liability company with the company number 1970476, with its principal place of business located at 2nd Floor Water's Edge Building, Wickham's Cay II, Road Town, Tortola, BVI.