**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| China Evergrande Group, | Case No. 23-11332 (MEW) |
| Debtor in Foreign Proceeding. | |
| In re: | Chapter 15 |
| Tianji Holding Limited, | Case No. 23-11333 (MEW) |
| Debtor in Foreign Proceeding. | |
| In re: | Chapter 15 |
| Scenery Journey Limited, | Case No. 23-11334 (MEW) |
| Debtor in Foreign Proceeding. | |

**ORDER DIRECTING JOINT ADMINISTRATION OF**
**CHAPTER 15 CASES PURSUANT TO 11 U.S.C. SECTION 1521**

Upon the motion (the "Motion")[1] of the Foreign Representatives for the above-captioned debtors (the "Debtors"), for entry of an order directing the joint administration of the Debtors' chapter 15 cases (the "Chapter 15 Cases") pursuant to Bankruptcy Code section 105(a) and Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and upon consideration of the Motion and all pleadings related thereto; and upon this Court's review and consideration of the Motion; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) notice of the Motion was due and proper under the circumstances; and (d) venue is proper before this Court pursuant to 28 U.S.C. § 1410; and the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor,

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

1.   The Motion and requested relief therein is hereby granted.

2.   The Chapter 15 Cases are hereby consolidated for procedural purposes only and shall be jointly administered pursuant to Bankruptcy Rule 1015(b).

3.   The Clerk of the Court shall maintain one file and one docket for all of the Chapter 15 Cases, which file and docket shall be the file and docket for China Evergrande Group.

4.   All pleadings filed in these Chapter 15 Cases shall bear a consolidated caption in the following form:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| China Evergrande Group, *et al.*,[1] | Case No. 23-11332 (MEW) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

---

[1] The Debtors in these Chapter 15 Cases are (i) China Evergrande Group, incorporated in the Cayman Islands as an exempted company with limited liability with the registration number 170388, with its principal place of business located at 15th Floor, YF Life Centre, 38 Gloucester Road, Wanchai, Hong Kong; (ii) Tianji Holding Limited, incorporated in Hong Kong as a limited liability company with the registration number 1339269, with its principal place of business located at 17th Floor, One Island East, Taikoo Place, 18 Westlands Road, Quarry Bay, Hong Kong; and (iii) Scenery Journey Limited, incorporated in the British Virgin Islands ("BVI") as a limited liability company with the company number 1970476, with its principal place of business located at 2nd Floor Water's Edge Building, Wickham's Cay II, Road Town, Tortola, BVI.

5.      The Clerk of the Court shall make a docket entry in each of the Debtor's Chapter

15 Cases substantially as follows:

> "An Order has been entered in this case directing the procedural
> consolidation and joint administration of the chapter 15 cases of
> China Evergrande Group, Tianji Holdings Limited, and Scenery
> Journey Limited. The docket of Case No. 23-11332 (MEW) should
> be consulted for all matters affecting this case."

6.      Nothing contained in this Order shall be deemed or construed as directing or

otherwise affecting the substantive consolidation of any of the above-captioned cases.

7.      Notice of the Motion as provided therein shall be deemed good and sufficient notice

of the Motion.

8.      This Court shall retain jurisdiction with respect to all matters arising from or related

to the implementation of this Order.

Dated: August 18, 2023
        New York, New York

                                        s/Michael E. Wiles
                                        UNITED STATES BANKRUPTCY JUDGE