UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>China Evergrande Group, *et al.*,[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 23-11332 (MEW)<br><br>Joint Administration Requested |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Juliana Hoffman (the "Movant"), to be admitted, ***pro hac vice***, to represent the Foreign Representative; and upon the Movant's certification that the Movant is a member in good standing of the bar of the State of Texas, the United States District Court for the Northern District of Texas and the United States District Court for the Southern District of Texas; it is hereby

**ORDERED** that Juliana Hoffman is admitted to practice, ***pro hac vice***, in the above-captioned case, to represent the Foreign Representative in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  August 18, 2023
        New York, New York

s/Michael E. Wiles
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 15 Cases are (i) China Evergrande Group, incorporated in the Cayman Islands as an exempted company with limited liability with the registration number 170388, with its principal place of business located at 15th Floor, YF Life Centre, 38 Gloucester Road, Wanchai, Hong Kong; (ii) Tianji Holding Limited, incorporated in Hong Kong as a limited liability company with the registration number 1339269, with its principal place of business located at 17th Floor, One Island East, Taikoo Place, 18 Westlands Road, Quarry Bay, Hong Kong; and (iii) Scenery Journey Limited, incorporated in the British Virgin Islands ("BVI") as a limited liability company with the company number 1970476, with its principal place of business located at 2nd Floor Water's Edge Building, Wickham's Cay II, Road Town, Tortola, BVI.