**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>China Evergrande Group, *et al.*,[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 23-11332 (MEW)<br><br>Jointly Administered |

**NOTICE OF PETITION FOR RECOGNITION OF
FOREIGN PROCEEDINGS, MOTION FOR AN ORDER GRANTING
RECOGNITION OF FOREIGN PROCEEDINGS, AND RELATED RELIEF**

  **PLEASE TAKE NOTICE** that on August 17, 2023, (i) Mr. Jimmy Fong, in his capacity as (a) the authorized foreign representative (the "Evergrande Foreign Representative") for China Evergrande Group ("Evergrande"), which is subject to a restructuring proceeding entitled *In the Matter of China Evergrande Group* (the "Evergrande Hong Kong Proceeding"), concerning a scheme of arrangement between Evergrande and certain Scheme Creditors, pursuant to sections 670, 673, and 674 of the Hong Kong Companies Ordinance (Cap. 622) (the "Hong Kong Companies Ordinance") and currently pending before the High Court of Hong Kong (the "Hong Kong Court") (Case Number HCMP 1091/2023); and (b) the authorized foreign representative (the "Tianji Foreign Representative", and together with the Evergrande Foreign Representative, the "Hong Kong Foreign Representative") for Tianji Holding Limited ("Tianji"), which is subject to a restructuring proceeding entitled *In the Matter of Tianji Holding Limited* (the "Tianji Hong Kong Proceeding", and together with the Evergrande Hong Kong Proceeding, the "Hong Kong Proceedings"), concerning a scheme of arrangement between Tianji and certain Scheme Creditors, pursuant to sections 670, 673, and 674 of the Companies Ordinance and currently pending before the Hong Kong Court (Case Number HCMP 1090/2023); and (ii) Ms. Anna Silver, in her capacity as the authorized foreign representative (the "Scenery Journey Foreign Representative", and together with the Hong Kong Foreign Representatives, the "Foreign Representatives") for Scenery Journey Limited ("Scenery Journey", and together with Evergrande and Tianji, the "Debtors"), which is subject to a restructuring proceeding entitled *In the Matter of Scenery Journey Limited* (the "Scenery Journey BVI Proceeding", and together with the Hong Kong Proceedings, the "Foreign Proceedings"), concerning a scheme of arrangement between Scenery Journey and certain Scheme Creditors, pursuant to section 179A of the BVI Business Companies Act, 2004 (the "BVI Companies Act", and together with the Hong Kong Companies Ordinance, the "Foreign

---

[1] The Debtors in these Chapter 15 Cases are (i) China Evergrande Group, incorporated in the Cayman Islands as an exempted company with limited liability with the registration number 170388, with its principal place of business located at 15th Floor, YF Life Centre, 38 Gloucester Road, Wanchai, Hong Kong; (ii) Tianji Holding Limited, incorporated in Hong Kong as a limited liability company with the registration number 1339269, with its principal place of business located at 17th Floor, One Island East, Taikoo Place, 18 Westlands Road, Quarry Bay, Hong Kong; and (iii) Scenery Journey Limited, incorporated in the British Virgin Islands ("BVI") as a limited liability company with the company number 1970476, with its principal place of business located at 2nd Floor Water's Edge Building, Wickham's Cay II, Road Town, Tortola, BVI.

Company Acts") and currently pending before the High Court of the Eastern Caribbean Supreme Court (the "BVI Court", and together with the Hong Kong Court, the "Foreign Courts") (Case Number BVIHCOM 2023/0076), filed voluntary petitions for relief under chapter 15 of title 11 of the United States Code (the "Bankruptcy Code") for the Debtors and the *Motion for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representatives, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* (ECF No. 5) (the "Recognition Motion")[2] with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, among other things, the Recognition Motion requests entry of an order recognizing the Foreign Proceedings as foreign main proceeding or, in the alternative, with respect to the Hong Kong Proceedings, as foreign nonmain proceedings pursuant to section 1517 of the Bankruptcy Code, granting related relief pursuant to section 1520 of the Bankruptcy Code, and granting certain additional relief pursuant to sections 1507 and 1521 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, the Court has scheduled a hearing to consider the relief requested in the Recognition Motion (the "Recognition Hearing") at **11:00 a.m. (prevailing Eastern Time) on September 20, 2023**. The Recognition Hearing will be held before the Honorable Michael E. Wiles of the United States Bankruptcy Court for the Southern District of New York. The Recognition Hearing will be an evidentiary hearing at which witnesses may testify.

**PLEASE TAKE FURTHER NOTICE** that, parties wishing to appear at the Recognition Hearing, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website no later than 4:00 p.m. (prevailing Eastern Time) the business day before the Recognition Hearing (the "Appearance Deadline") and not by emailing or otherwise contacting the Court. Following the Appearance Deadline, the Court will circulate by email the Recognition Hearing's Zoom link to those parties who have made an electronic appearance. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Recognition Motion must be made in accordance with the Bankruptcy Code, the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and the Federal Rules of Bankruptcy Procedure, in a writing that sets forth the basis for such objection with specificity and the nature and extent of the respondent's claims against the Debtors. Any such objection must be filed electronically with the Court on the Court's electronic case filing system in accordance with and except as provided in *General Order M-399* (a copy of which may be viewed on this Court's website at www.nysb.uscourts.gov) and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means, and served upon the Foreign Representative's counsel, Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019 (Attn: Anthony Grossi), **so as to be received by 5:00 p.m. (prevailing Eastern Time) on September 11, 2023**, with a courtesy copy served upon the Chambers of the Honorable Michael

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Recognition Motion.

E. Wiles, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed and served as provided above, the Court may grant the relief requested in the Recognition Motion without a hearing or further notice.

**PLEASE TAKE FURTHER NOTICE** that any party in interest objecting to the Recognition Motion or the relief requested therein must appear at the Recognition Hearing (unless ordered otherwise by the Court).

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court or a notice of adjournment filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that copies of the Recognition Motion and all other documents filed in this case can be accessed from the Court's website, http://ecf.nysb.uscourts.gov (a PACER login and password are required to retrieve documents) or free of charge by visiting the Debtors' noticing and information agent Kroll Restructuring Administration LLC's website at https://cases.ra.kroll.com/Evergrande.

**PLEASE TAKE FURTHER NOTICE** that this announcement is not an offer for sale of securities in the United States. Securities may not be offered or sold in the United States absent registration or an exemption from registration under the U.S. Securities Act of 1933, as amended.

Dated: August 18, 2023
      New York, New York

**SIDLEY AUSTIN LLP**

/s/ *Anthony Grossi*
Anthony Grossi
Ameneh Bordi
Juliana Hoffman (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
Email:    agrossi@sidley.com
       abordi@sidley.com
       jhoffman@sidley.com