UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 |
| China Evergrande Group, *et al.*,[1] | Case No. 23-11332 (MEW) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Tariful Huq, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the noticing agent for the Debtors in the above-captioned chapter 15 cases.

On September 8, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Chapter 15 Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Adjournment of Hearing [Docket No. 17]

Dated: September 14, 2023

*/s/ Tariful Huq*
Tariful Huq

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 14, 2023, by Tariful Huq, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The Debtors in these Chapter 15 Cases are (i) China Evergrande Group, incorporated in the Cayman Islands as an exempted company with limited liability with the registration number 170388, with its principal place of business located at 15th Floor, YF Life Centre, 38 Gloucester Road, Wanchai, Hong Kong; (ii) Tianji Holding Limited, incorporated in Hong Kong as a limited liability company with the registration number 1339269, with its principal place of business located at 17th Floor, One Island East, Taikoo Place, 18 Westlands Road, Quarry Bay, Hong Kong; and (iii) Scenery Journey Limited, incorporated in the British Virgin Islands ("BVI") as a limited liability company with the company number 1970476, with its principal place of business located at 2nd Floor Water's Edge Building, Wickham's Cay II, Road Town, Tortola, BVI.

**Exhibit A**


**Exhibit A**

Exhibit A

Chapter 15 Notice Parties Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Ad Hoc Groups of Consenting Creditors | Kirkland & Ellis International LLP | Attn: Neil McDonald, Anthony Wijaya, Henry Zhang<br>26th Floor, Gloucester Tower<br>The Landmark<br>15 Queen's Road Central<br>Hong Kong | neil.mcdonald@kirkland.com<br>anthony.wijaya@kirkland.com<br>henry.zhang@kirkland.com | Email |
| Counsel to the Ad Hoc Groups of Consenting Creditors | Kirkland & Ellis LLP | Attn: Christopher Marcus, Nicholas Adzima, Noelle M. Howard<br>601 Lexington Avenue<br>New York NY 10022 | christopher.marcus@kirkland.com<br>nicholas.adzima@kirkland.com<br>noelle.howard@kirkland.com | Email |
| Office of the United States Trustee | Office of the United States Trustee | Attn: Daniel Rudewicz<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York NY 10014 | daniel.rudewicz@usdoj.gov | First Class Mail and Email |
| U.S. Securities and Exchange Commission | Securities and Exchange Commission - Headquarters | Attn: Legal Division<br>100 F Street, NE<br>Washington DC 20549 | | First Class Mail |
| U.S. Securities and Exchange Commission | Securities and Exchange Commission Headquarters - New York Regional Office | Attn: Legal Division<br>200 Vesey Street, Suite 400, Brookfield Place<br>3 World Financial Center, Suite 400<br>New York NY 10281 | | First Class Mail |
| Counsel to Debtors and Foreign Representatives | Sidley Austin LLP | Attn: Anthony Grossi, Ameneh Bordi, Juliana Hoffman<br>787 Seventh Avenue<br>New York NY 10019 | agrossi@sidley.com<br>abordi@sidley.com<br>jhoffman@sidley.com | Email |