**SIDLEY AUSTIN LLP**
Anthony Grossi
Ameneh Bordi
Juliana Hoffman* (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: agrossi@sidley.com
       abordi@sidley.com
       jhoffman@sidley.com

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| China Evergrande Group, *et al.*,[1] | Case No. 23-11332 (MEW) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING**

**PLEASE TAKE NOTICE** that the hearing (the "Hearing") on the ***Motion for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representatives, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code*** [Docket No. 5] (the "Motion")[2] filed by the authorized foreign representatives (the "Foreign Representatives") on behalf of the respective Debtors in the above-captioned cases (these "Chapter 15 Cases") and scheduled to

---

[1] The Debtors in these Chapter 15 Cases are (i) China Evergrande Group, incorporated in the Cayman Islands as an exempted company with limited liability with the registration number 170388, with its principal place of business located at 15th Floor, YF Life Centre, 38 Gloucester Road, Wanchai, Hong Kong; (ii) Tianji Holding Limited, incorporated in Hong Kong as a limited liability company with the registration number 1339269, with its principal place of business located at 17th Floor, One Island East, Taikoo Place, 18 Westlands Road, Quarry Bay, Hong Kong; and (iii) Scenery Journey Limited, incorporated in the British Virgin Islands ("BVI") as a limited liability company with the company number 1970476, with its principal place of business located at 2nd Floor Water's Edge Building, Wickham's Cay II, Road Town, Tortola, BVI.

[2] Capitalized terms used herein but not otherwise defined have the meaning ascribed to them in the Motion.

take place on October 25, 2023, before the Honorable Michael E. Wiles of the United States Bankruptcy Court for the Southern District of New York, has been adjourned to **a date to be determined**.[3]

**PLEASE TAKE FURTHER NOTICE** that parties wishing to appear at the Hearing, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website no later than 4:00 p.m. (prevailing Eastern Time) the business day before the Hearing (the "Appearance Deadline") and not by emailing or otherwise contacting the Court. Following the Appearance Deadline, the Court will circulate by email the Hearing's Zoom link to those parties who have made an electronic appearance. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be further adjourned from time to time without further notice other than an announcement in open court or a notice of adjournment filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that general information regarding the Schemes, including important dates and announcements, can be found at Evergrande's website: https://www.evergrande.com, and general information regarding these Chapter 15 Cases, including important dates and filings, can be found on the Debtors' Chapter 15 Case website: https://cases.ra.kroll.com/evergrande.

---

[3] Please see https://doc.irasia.com/listco/hk/evergrande/announcement/a230922.pdf.

| | |
|---|---|
| Dated: October 6, 2023<br>New York, New York | **SIDLEY AUSTIN LLP**<br><br>/s/ *Anthony Grossi*<br>Anthony Grossi<br>Ameneh Bordi<br>Juliana Hoffman (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Facsimile:  (212) 839-5599<br>Email:    agrossi@sidley.com<br>         abordi@sidley.com<br>         jhoffman@sidley.com<br><br>*Counsel to the Foreign Representatives*<br>*Admitted only in Texas* |