**SIDLEY AUSTIN LLP**
Anthony Grossi
Ameneh Bordi
Juliana Hoffman* (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
Email:       agrossi@sidley.com
             abordi@sidley.com
             jhoffman@sidley.com

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| China Evergrande Group, *et al.*,[1] | Case No. 23-11332 (MEW) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that on August 17, 2023 (the "Petition Date"), by and through their then undersigned counsel, (i) Mr. Jimmy Fong, in his capacity as the then authorized foreign representative for Evergrande and Tianji, and (ii) Ms. Anna Silver, in her capacity as the then authorized foreign representative for Scenery Journey (collectively, the "Foreign Representatives"), filed the *Motion for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representatives, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [Docket No. 5] (the "Recognition Motion",[2] and together with the Chapter 15 Petitions,[3] the "Verified Petitions") pursuant to chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

---

[1] The Debtors in these cases (the "Chapter 15 Cases") are (i) China Evergrande Group ("Evergrande"), Tianji Holding Limited ("Tianji"), and Scenery Journey Limited ("Scenery Journey").

[2] Capitalized terms used herein but not otherwise defined have the meaning ascribed to them in the Recognition Motion.  As of the date hereof, the Foreign Proceedings are not currently pending before any Foreign Courts.

[3] The "Chapter 15 Petitions" include (i) Evergrande's *Chapter 15 Petition for Recognition of a Foreign Proceeding*, Case No. 23-11332 [Docket No. 1]; (ii) Tianji's *Chapter 15 Petition for Recognition of a Foreign Proceeding*, Case No. 23-11333 [Docket No. 1]; and (iii) Scenery Journey's *Chapter 15 Petition for Recognition of a Foreign Proceeding*, Case No. 23-11334 [Docket No. 1].

**PLEASE TAKE FURTHER NOTICE** that on March 22, 2024, the undersigned filed the *Motion to Withdraw Verified Petitions for Recognition and Dismiss Chapter 15 Cases* [Docket No. 20] (the "Withdrawal Motion"), requesting that the Bankruptcy Court enter an order dismissing the Chapter 15 Cases, as described more fully therein.

**PLEASE TAKE NOTICE** that the Court has scheduled a hearing to consider the relief requested in the Withdrawal Motion (the "Hearing") **at 10:00 a.m. (prevailing Eastern Time) on April 23, 2024,** before the Honorable Michael E. Wiles of the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that the Conference will be held telephonically via Court Solutions.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to appear telephonically at the Conference, whether in a "live" or "listen only" capacity, must register with Court Solutions at http://www.court-solutions.com no later than 12:00 p.m. (prevailing Eastern Time) the day prior to the Conference and not by emailing or otherwise contacting the Court. Information on how to register for, and use, the Court Solutions platform is available at https://help.court-solutions.com/hc/en-us.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Withdrawal Motion must be made in accordance with the Bankruptcy Code, the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and the Federal Rules of Bankruptcy Procedure, in a writing that sets forth the basis for such objection with specificity and the nature and extent of the respondent's claims against the Debtors. Any such objection must be filed electronically with the Court on the Court's electronic case filing system in accordance with and except as provided in *General Order M-399* (a copy of which may be viewed on this Court's website at www.nysb.uscourts.gov) and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means, and served upon the undersigned, Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019 (Attn: Anthony Grossi), **so as to be received by 5:00 p.m. (prevailing Eastern Time) on April 12, 2024**, with a courtesy copy served upon the Chambers of the Honorable Michael E. Wiles, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed and served as provided above, the Court may grant the relief requested in the Withdrawal Motion without a hearing or further notice.

**PLEASE TAKE FURTHER NOTICE** that general information regarding these Chapter 15 Cases, including important dates and filings, can be found on the Chapter 15 Case website: https://cases.ra.kroll.com/evergrande.

| | |
|---|---|
| Dated: March 22, 2024<br>New York, New York | **SIDLEY AUSTIN LLP**<br><br>*/s/ Anthony Grossi*<br>Anthony Grossi<br>Ameneh Bordi<br>Juliana Hoffman* (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>Email: agrossi@sidley.com<br>            abordi@sidley.com<br>            jhoffman@sidley.com<br><br>*Counsel to the Foreign Representatives*<br>**Admitted only in Texas* |