**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>China Evergrande Group, *et al.*,[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 23-11332 (MEW)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Isa Kim, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the noticing agent for the Debtors in the above-captioned chapter 15 cases.

On March 22, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Chapter 15 Notice Parties Service List attached hereto as **Exhibit A**:

- Motion to Withdraw Verified Petitions for Recognition and Dismiss Chapter 15 Cases [Docket No. 20]

- Notice of Hearing [Docket No. 21]

*[Remainder of the page intentionally left blank]*

---

[1] The Debtors in these Chapter 15 Cases are (i) China Evergrande Group, incorporated in the Cayman Islands as an exempted company with limited liability with the registration number 170388, with its principal place of business located at 15th Floor, YF Life Centre, 38 Gloucester Road, Wanchai, Hong Kong; (ii) Tianji Holding Limited, incorporated in Hong Kong as a limited liability company with the registration number 1339269, with its principal place of business located at 17th Floor, One Island East, Taikoo Place, 18 Westlands Road, Quarry Bay, Hong Kong; and (iii) Scenery Journey Limited, incorporated in the British Virgin Islands ("BVI") as a limited liability company with the company number 1970476, with its principal place of business located at 2nd Floor Water's Edge Building, Wickham's Cay II, Road Town, Tortola, BVI.

Dated: March 26, 2024

                                                         /s/ Isa Kim
                                                         Isa Kim

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 26, 2024, by Isa Kim, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

# Exhibit A
## Chapter 15 Notice Parties
### Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to the Ad Hoc Groups of Consenting Creditors | Kirkland & Ellis International LLP | neil.mcdonald@kirkland.com<br>anthony.wijaya@kirkland.com<br>henry.zhang@kirkland.com |
| Counsel to the Ad Hoc Groups of Consenting Creditors | Kirkland & Ellis LLP | christopher.marcus@kirkland.com<br>nicholas.adzima@kirkland.com<br>noelle.howard@kirkland.com |
| Office of the United States Trustee | Office of the United States Trustee | daniel.rudewicz@usdoj.gov |
| U.S. Securities and Exchange Commission | Securities and Exchange Commission - Headquarters | secbankruptcy@sec.gov |
| U.S. Securities and Exchange Commission | Securities and Exchange Commission Headquarters - New York Regional Office | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Counsel to Debtors and Foreign Representatives | Sidley Austin LLP | agrossi@sidley.com<br>abordi@sidley.com<br>jhoffman@sidley.com |