UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>China Evergrande Group, *et al.*,[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 23-11332 (MEW)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION TO
WITHDRAW VERIFIED PETITIONS AND DISMISS CHAPTER 15 CASES**

The Bankruptcy Court having considered and reviewed the motion to withdraw the Verified Petitions and dismiss the Chapter 15 Cases (the "Motion"),[2] which was submitted in accordance with Rule 9074-1(b)(2) and 9006-1(b) of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"); and the Bankruptcy Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**NOW THEREFORE, IT IS HEREBY ORDERED THAT**

1. Notice of the Motion was sufficient under the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules.

2. The Motion is granted as set forth herein.

3. The Verified Petitions are hereby deemed withdrawn.

4. The Chapter 15 Cases are hereby dismissed.

---

[1] The Debtors in these cases (the "Chapter 15 Cases") are (i) China Evergrande Group ("Evergrande"), Tianji Holding Limited ("Tianji"), and Scenery Journey Limited ("Scenery Journey").

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion. As of the date hereof, the Foreign Proceedings are not currently pending before any Foreign Courts.

5. The Foreign Representatives are hereby relieved of all associated duties and obligations of a foreign representative under chapter 15 of the Bankruptcy Code in respect of these Chapter 15 Cases.

6. The hearing on the Recognition Motion, which was scheduled for October 25, 2023 and adjourned to a time to be determined, is cancelled.

Dated: April 22, 2024
      New York, New York

s/Michael E. Wiles
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE
