# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: China Evergrande Group and Jimmy Fong               CASE NO.: 23–11332–mew

Social Security/Taxpayer ID/Employer ID/Other Nos.:        CHAPTER:  15
00–0000000

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Michael E. Wiles in this Chapter 15 case.

China Evergrande Group was dismissed from the case on April 22, 2024 .

Dated: April 22, 2024                                      Vito Genna
                                                          Clerk of the Court