# Notice Recipients

District/Off: 0208−1          User: admin          Date Created: 4/22/2024
Case: 23−11332−mew         Form ID: 131         Total: 9

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | Anthony Grossi | agrossi@sidley.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | China Evergrande Group | Ugland House | P.O. Box 309 | Grand Cayman KY1−1104 | CAYMAN ISLANDS |
| frep | Jimmy Fong | 15th Floor, YF Life Centre | 38 Gloucester Road | Wanchai HONG KONG | |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205−0300 | |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor | New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201−0551 | | |
| smg | New York City Dept. Of Finance | Office of Legal Affairs | 375 Pearl Street, 30th Floor | New York, NY 10038 | |
| 8251356 | RWDI INTERNATIONAL CHINA INC. | ROSS QUIGLEY | 600 SOUTHGATE DRIVE | GUELPH, ON NIG4P6 | |

TOTAL: 7