# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: China Evergrande Group and Jimmy Fong | CASE NO.: 23−11332−mew |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 00−0000000 | CHAPTER: 15 |

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Michael E. Wiles in this Chapter 15 case.

China Evergrande Group was dismissed from the case on April 22, 2024 .

Dated: April 22, 2024                                     Vito Genna
                                                          Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 23-11332-mew |
| China Evergrande Group | Chapter 15 |
| Jimmy Fong | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 22, 2024 | Form ID: 131 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | China Evergrande Group, Ugland House, P.O. Box 309, Grand Cayman KY1-1104, CAYMAN ISLANDS |
| frep | Jimmy Fong, 15th Floor, YF Life Centre, 38 Gloucester Road, Wanchai, HONG KONG |
| 8251356 | RWDI INTERNATIONAL CHINA INC., ROSS QUIGLEY, 600 SOUTHGATE DRIVE, GUELPH, ON N1G4P6 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Apr 22 2024 18:58:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + Email/Text: USCOURTSEBN@finance.nyc.gov | Apr 22 2024 18:58:00 | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Apr 22 2024 18:58:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + Email/Text: USANYS.Bankruptcy@usdoj.gov | Apr 22 2024 18:58:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2024         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Grossi | on behalf of Debtor China Evergrande Group agrossi@sidley.com nyefiling@sidley.com;anthony-grossi-5258@ecf.pacerpro.com;emcdonnell@sidley.com;abordi@sidley.com;jhoffman@sidley.com |
| Anthony Grossi | on behalf of Foreign Representative Anna Silver agrossi@sidley.com nyefiling@sidley.com;anthony-grossi-5258@ecf.pacerpro.com;emcdonnell@sidley.com;abordi@sidley.com;jhoffman@sidley.com |
| Anthony Grossi | on behalf of Debtor Tianji Holdings Limited agrossi@sidley.com nyefiling@sidley.com;anthony-grossi-5258@ecf.pacerpro.com;emcdonnell@sidley.com;abordi@sidley.com;jhoffman@sidley.com |
| Anthony Grossi | on behalf of Foreign Representative Jimmy Fong agrossi@sidley.com nyefiling@sidley.com;anthony-grossi-5258@ecf.pacerpro.com;emcdonnell@sidley.com;abordi@sidley.com;jhoffman@sidley.com |
| Anthony Grossi | on behalf of Debtor Scenery Journey Limited agrossi@sidley.com nyefiling@sidley.com;anthony-grossi-5258@ecf.pacerpro.com;emcdonnell@sidley.com;abordi@sidley.com;jhoffman@sidley.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 6